## RECORD OF GRAND JURY BALLOT

C/R 3:25-55

UNITED STATES OF AMERICA v. DEMANI JAWARA BOSKET, TANYA LASHAWN BOSKET, NKEM AJOKU, JAHBIR ROLANDO FOWLE, ANTHONY JEROME SAVAGE, MICHAEL RAYMOND BEVANS-SILVA, WALTER CLAYRON RUFF JR., CARLISE RAYMION ROLAND, DANIEL ALEXANDER EDWARDS, DANNY HEARD II, RAYMONE TYSHAY SCOTT SR., JAMIAN JOSHAUN BUTLER

(SEALED UNTIL FURTHER ORDER OF THE COURT)